No. 6780.

THE STATE vs. MICHAEL ABADIE.

Upon the trial, under an indictment for murder, the following charge was properly refused: "If, at the time of the killing, the accused had reasonable ground to believe that he was in danger of losing his life, or that he was about to receive great bodily harm, he was justified in killing, although it should afterwards appear that he was not in danger."

State *vs.* Miller.

And instead, the following charge was properly given: " It is the province of the jury to decide as reasonable men, in view of the testimony, whether the accused had reasonable ground to believe he was in danger of losing his life or of suffering great bodily harm."

Distinction drawn between the charge refused *ut supra*, and that refused in State *v.* St. Gerne, 31 La. Ann. 302, and ruling in that case approved.

APPEAL from the Superior Criminal Court of New Orleans. WHITAKER, J.

The Attorney-General for the State. *Carroll* and *Marrero* for Defendant.

DE BLANC, J., delivered the opinion affirming the judgment.